UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-23796-CIV-MORENO

ARNUIFO MENDOZA aka FRANCISCO MENDOZA, WILBER SORIANO aka ALVARO GUETE,

    Plaintiff,

vs.

LAWN MAINTENANCE ASSOCIATES, INC. d/b/a U.S. LAWNS MIAMI NORTH, LAURENT RABBAT,

    Defendants.
_____/



## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Mediator's Report (**D.E. No. 18**), filed on **March 8, 2010**. It is

ADJUDGED that in light of the parties settling this action this case is **DISMISSED** in accordance with the settlement agreement. The parties must file the settlement agreement for the Court's approval under the Fair Labor Standards Act. *See Lynn's Food Stores, Inc., v. U.S. ex rel. U.S. Dept. of Labor*, 679 F.2d 1350, 1354 (11th. Cir. 14982). The Court shall retain jurisdiction to enforce the terms of the settlement agreement if it is filed in its entirety by **March 26, 2010**. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of March, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record